CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025
Facsimile: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALBERTO BARAJAS MALDONADO,

Plaintiff,

v.

JOSEPH B. EDLOW, *Director, U.S. Citizenship and Immigration Services, et al.*,

Defendants.

Case Number 5:26-cv-08084-NC

**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES PURSUANT TO 8 U.S.C. § 1447(b); ORDER**

Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that has been pending before the United States Citizenship and Immigration Services ("USCIS") for more than 120 days after Plaintiff was interviewed. USCIS is prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *accord*, *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004).

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

1. The Court shall remand this case to USCIS and direct the agency to adjudicate pursuant to the following timeline:

   a. Within thirty days, USCIS will issue a decision or, if necessary, issue a Request for Evidence (RFE) or Notice of Intent to Deny (NOID).

   b. If an RFE or NOID is required, the agency will complete adjudication within thirty days of receiving a response to the RFE or NOID from the Plaintiff.

2. The parties shall each bear their own costs and fees.

Dated: October 5, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
Acting United States Attorney

*/s/ Pamela T. Johann**
PAMELA T. JOHANN
Assistant United States Attorney
Attorneys for Defendants

Dated: October 5, 2026

*/s/ Alberto Barajas Maldonado*
ALBERTO BARAJAS MALDONADO
Pro Se Plaintiff

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories concur in the filing of this document

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 5, 2026




HON. NATHANAEL [illegible]S
United S[illegible]udge